194

## National Brands Stores, Inc., Appellant, v. H. J. Andresen and Genoveva Andresen, Appellees.

### Gen. No. 41,532.

Heard in second division, first district, this court at December term, 1940; opinion filed March 24, 1942. Malcolm McKerchar, for appellant; Arthur J. Goldberg, for appellees; Arthur J. Goldberg and Leonard G. Nierman, of counsel. Opinion by PRESIDING JUSTICE SCANLAN. ''Not to be published in full.''

## People of the State of Illinois ex rel. Charles E. Elmore, Appellee, v. James P. Allman, Commissioner of Police of Chicago, et al., Appellants.

### Gen. No. 41,542.

Heard in second division, first district, this court at December term, 1940; opinion filed March 24, 1942; rehearing denied April 11, 1942. Barnet Hodes, Corporation Counsel, for appellants; J. Herzl Segal, Carl H. Lundquist and L. Louis Karton, Assistant Corporation Counsel, of counsel; Michael F. Ryan, for appellee; Richard F. McPartlin, Jr., of counsel. Opinion by PRESIDING JUSTICE SCANLAN. ''Not to be published in full.''